**Baughman**
Kroup Bosse

One Liberty Plaza, Floor 46
New York, NY 10006
(212) 548-3212

500 East Main St., Suite 1400
Norfolk, VA 23510
(757) 904-5373

January 12, 2026

**MEMO ENDORSED**

**Via ECF**

The Honorable Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 23A
New York, NY 10007-1312

*Gemini Voyager, Pte. Ltd. v. Burt*, No. 1:25-cv-8392-SHS (S.D.N.Y.)

Dear Judge Stein:

We represent the plaintiff, Gemini Voyager, Pte. Ltd., and write on behalf of Gemini and defendant Zachary Burt to advise the Court that the parties have reached a settlement in principle.

We respectfully request that the Court adjourn the initial pretrial conference, scheduled for Wednesday, January 14, 2026, for thirty days to allow the parties to finalize settlement papers and file a stipulation of dismissal. There have been no prior requests to adjourn this conference.

The parties will notify the Court promptly if the status of the case changes for any reason.

Respectfully,

*/s/ George W. Kroup*

George W. Kroup
*Counsel for Gemini Voyager, Pte. Ltd.*

cc: Counsel of Record (via ECF)

**The initial pretrial conference will take place on February 12, 2026, at 2:30 p.m., unless a stipulation of dismissal is filed before that date.**

**Dated: New York, New York**
**January 13, 2026**

**SO ORDERED:**

Sidney H. Stein, U.S.D.J.